David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Michael P. Lavigne (SBN 216538)
lavignem@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Blvd., Suite 1200
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

Attorneys for Defendant,
CREDIT CONTROL SERVICES, INC.

## IN THE UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| JASMINE WALKER<br><br>            Plaintiff,<br><br>    vs.<br><br>CREDIT COLLECTION SERVICES,<br><br>            Defendant, | Case No 5:18-cv-02299-CBM-AS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Service waived:  November 14, 2018<br>Response due: January 11, 2019<br>New response date: February 1, 2019 |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff JASMINE WALKER ("Plaintiff") and CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES ("Defendant"), by and through their respective counsel as follows:

///

///

///

The parties have agreed that Defendant shall have an extension of time, up to and including February 1, 2019, within which to respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

<b>LEMBERG LAW, LLC</b>

Dated:  January 11, 2019   <u>s/ Trinette Kent</u>
            Trinette Kent
            Attorneys for Plaintiff,
            JASMINE WALKER

<b>CARLSON &amp; MESSER LLP</b>

Dated:  January 11, 2019   <u>s/David J. Kaminski</u>
            David J. Kaminski
            Michael P. Lavigne
            Attorneys for Defendant,
            CREDIT CONTROL SERVICES, INC.

## __ATTESTATION__

I, David J. Kaminski, am the ECF user whose identification and password are being used to file the Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 30 Days (L.R. 8-3). I hereby attest that all counsel whose electronic signatures in the Stipulation provided their authority and concurrence to file that document.

**CARLSON & MESSER LLP**

Dated:  January 11, 2019          s/David J. Kaminski
                                 David J. Kaminski
                                 Michael P. Lavigne
                                 Attorneys for Defendant,
                                 CREDIT CONTROL SERVICES, INC.

## <u>CERTIFICATE OF SERVICE</u>

I, David J. Kaminski, hereby certify that on this 11th day of January, 2019, a true and accurate copy of the foregoing STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) were served via the District Court ECF System on the Following:

Email: tkent@lemberglaw.com

       /s/David J. Kaminski
       David J. Kaminski
       CARLSON & MESSER LLP